THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MURRAY SHAPIRO, Appellant.

Argued January 23, 1941; decided February 27, 1941.

*Copal Mintz* for appellant.

*William O'Dwyer, District Attorney (J. Vincent Keogh* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.